# Court of Appeals
# of the State of Georgia

ATLANTA, July 30, 2013

*The Court of Appeals hereby passes the following order*

## A13I0283. POST APARTMENT HOMES, L.P., et al. v. CARRIE ELIZABETH TODD et al..

Upon consideration of the Application for Interlocutory Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:

09C12921



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta, July 30, 2013.*

  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*, Clerk.*